UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-140-1FL

FILED
JUN 0 2 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA, )
)
v. ) CRIMINAL INFORMATION
)
RENARDO NEILIMIAH BRYANT )

The United States Attorney charges that:

On or about October 28, 2015, in the Eastern District of North Carolina, RENARDO NEILIMIAH BRYANT, the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, a firearm and ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

As a result of the foregoing offense, the defendant shall forfeit to the United States any and all firearms and ammunition involved in or used in a knowing violation of Title 18, United States Code, Section 922(g), under the provisions of Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c).

The forfeitable property includes, but is not limited to:

(1) Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number VGW206; and

(2) Rossi, Model M33, .38 caliber revolver, bearing serial number D771533; and all accompanying ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

JOHN STUART BRUCE
Acting United States Attorney

BY: JAMES J. KUROSAD
Assistant United States Attorney
Criminal Division

2