UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-140-1FL

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **RENARDO NEILIMIAH BRYANT,** | ) | |
| Defendant | ) | |

Before the Court is a motion by the Defendant to seal his contemporaneously filed motion to continue. Having considered the premises advanced in the motion, the motion is ALLOWED and the clerk is directed to file Mr. Bryant's contemporaneously filed motion to continue under seal.

SO ORDERED. This 9th September 2016.

_____
Louise W. Flanagan
U.S. District Judge