UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-140-1FL

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **RENARDO NEILIMIAH BRYANT,** | ) | |
| Defendant | ) | |

Before the Court is a motion by the Defendant to seal his contemporaneously filed sentencing memorandum. Having considered the premises advanced in the motion, the motion is ALLOWED and the clerk is directed to file Mr. Bryant's contemporaneously filed sentencing memorandum under seal.

SO ORDERED. This  14th  May 2018.

_____
Louise W. Flanagan
U.S. District Judge